LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
ANDREW P. McDEVITT (State Bar #271371)
amcdevitt@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF JANE DOE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JANE DOE, an individual using a pseudonym,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER, LCC, RASIER CA, LLC,

Defendants.

Case No. 3:19-cv-03310-JSC

**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF RULE 26 DEADLINES**

**Assigned to Magistrate Judge Jacqueline Scott Corley**

Action Filed: June 12, 2019
Trial Date: (not assigned)

Pending before the court is defendants' motion to dismiss pursuant to Rule 12(b)(6). A case management conference is currently scheduled for October 30, 2019. The parties respectfully request that the case management conference be continued until approximately 30 days after this court issues an order on the pending motion to

///

///

///

dismiss. The parties also request that all deadlines associated with the initial CMC conference be continued.

Dated: October 8, 2019

WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Matthew D. Davis
MATTHEW D. DAVIS
SARA M. PETERS
ANDREW P. McDEVITT
Attorneys for PLAINTIFF JANE DOE

Dated: October 8, 2019

WOOD, SMITH, HENNING & BERMAN LLP

By: /s/ Steven R. Disharoon
STEVEN R/ DISHAROON
ANOUSH C. HOLADAY
Attorneys for DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC

**ORDER**

Dated: ________________________ By: ______________________________
Judge Jacqueline S. Corley
United States District Court

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF RULE 26 DEADLINES - CASE NO. 3:19-cv-03310-JSC