UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-03310-JSC<br><br>**ORDER RE: 30(B)(6) DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 125 |

Now pending before the Court is the parties' discovery dispute joint letter regarding Plaintiff's request for additional 30(b)(6) deposition topics. After carefully considering the parties' submission, the Court concludes that oral argument is not required, *see* N.D. Cal. Civ. L.R. 7-1(b), and rules as follows.

First, to the extent Plaintiff requires permission to take this additional 30(b)(6) deposition, permission is granted. Taking 11 depositions in a case such as this is not excessive.

Second, Plaintiff's motion to compel production of a 30(b)(6) witness is GRANTED as to Topics 1 through 9. Topics 1 through 8 are not duplicative of Topics 7 and 9 from the first 30(b)(6) notice and they seek discovery relevant to a claim or defense in this lawsuit. New Topic 9 seeks information relevant to Plaintiff's claim and Uber's defense. To the extent, as Uber contends, the campaign was not directed only to the Boston and Chicago markets, then its deponent should be prepared to so testify.

Third, Plaintiff's motion to compel production of a 30(b)(6) witness is DENIED as to Topics 10 through 14. Topics 10-14 seek information concerning Uber communications with riders after March 29, 2019 regarding how to verify their ride. The limited relevance, if any, of this testimony is not proportional to the needs of the case. Uber need not produce a witness on

these topics.

As for Topic 14, Plaintiff contends that she requires testimony regarding the Uber Beacon to show Uber's knowledge that riders sometimes get in the wrong cars. But presumably Plaintiff has already sought documents and deposition testimony on Uber's knowledge that its riders sometimes get into the wrong cars, as that is at the heart of Plaintiff's claim. Given that, Plaintiff has not persuaded the Court that this additional topic is proportional to the needs of the case. Uber need not produce a witness on this topic.

This Order disposes of Docket No. 125.

**IT IS SO ORDERED.**

Dated: November 15, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge