UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-03310-JSC<br><br>**ORDER AMENDING CASE MANAGEMENT SCHEDULE** |

　　　　As discussed at the November 18, 2021 Case Management Conference the Court AMENDS the Case Management Schedule as follows:

| | |
|---|---|
| Fact Discovery Cutoff: | January 21, 2022 |
| Expert Disclosure Deadline: | February 7, 2022 |
| Rebuttal Expert Deadline: | February 28, 2022 |
| Expert Discovery Cutoff: | March 18, 2022 |
| Dispositive Motion Filing Date: | April 7, 2022 |
| Oppositions to Dispositive Motions Due: | April 28, 2022 |
| Replies to Dispositive Motions Due: | May 12, 2022 |
| Dispositive Motion Hearing Date: | June 9, 2022 at 9:00 a.m. |
| Pretrial Conference: | August 18, 2022 at 2:00 p.m. |
| Trial: | September 12, 2022 |

　　　　The deadline to complete a settlement conference is VACATED; the parties should notify Judge Westmore.  The Court will discuss the timing of a settlement conference at the January case management conference.

　　　　Plaintiff has stipulated that for purpose of third-party subpoenas, Uber may include

1  Plaintiff's identifying information; however, such identifying information should be redacted from
2  any court filings.
3        The Court sets a further video Case Management Conference for January 13, 2022 at 1:30
4  p.m. with an updated joint status conference statement due the week before.

6  **IT IS SO ORDERED.**
7  Dated: November 18, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge