Case 3:19-cv-03310-JSC   Document 143   Filed 12/10/21   Page 1 of 3

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
ANDREW P. McDEVITT (State Bar #271371)
amcdevitt@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF JANE DOE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, an individual using a pseudonym,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-CA, LLC,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-03310-JSC<br><br>**DECLARATION OF SARA M. PETERS IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC AND RASIER-CA, LLC'S RENEWED ADMINISTRATIVE MOTION TO FILE EXHIBITS AND PLEADINGS UNDER SEAL**<br><br>Judge: Hon. Jacqueline Scott Corley |

## **DECLARATION OF SARA M. PETERS**

I, Sara M. Peters, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Walkup, Melodia, Kelly & Schoenberger, attorneys of record for Plaintiff. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants Uber Technologies, Inc., Raiser, LLC and Raiser-CA, LLC's (collectively, "Defendants") Renewed Administrative Motion to File Exhibits and Pleadings Under Seal.

3. Plaintiff previously filed an Administrative Motion to File her Opposition and supporting declaration to Defendants' Motion to Stay under seal. (Dkt. No. 116). Uber, as the party who designated the at-issue information as confidential, submitted a declaration in support of sealing. (Dkt. No. 118). On November 16, 2021, the Court denied Plaintiff's Administrative Motion to Seal without prejudice "to Uber's renewal, if appropriate, in a more narrowly tailored form by December 1, 2021." (Dkt. 132).

4. The parties have met and conferred on the scope of appropriate redactions and agree that good cause exists to redact portions of the Declaration of Sara M. Peters in Opposition to Defendants' Motion to Stay, given that it contains identifying information related to two third-party individuals that reported to Uber that they had been sexually assaulted by a third-party criminal. The parties further agree that public disclosure of this information would cause the two reporting parties harm and embarrassment. These redactions are also consistent with the Court's prior order. (*See* Dkt. No. 130).

5. Attached as **Exhibit 1** is a partially redacted copy of the Declaration of Sara M. Peters in Opposition to Defendants' Motion to Stay. This partially redacted declaration should replace Dkt. No. 116-5 in the Court's docket.

Executed this 1st day of December 2021, in San Francisco, California.

-2-

1 | I declare under penalty of perjury that the foregoing is true and correct.

/s/ Sara M. Peters

Sara M. Peters