LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
ANDREW P. McDEVITT (State Bar #271371)
amcdevitt@walkuplawoffice.com
KELSEY CONSTANTIN (State Bar #336666)
kconstantin@WalkupLawOffice.com
**ATTORNEYS FOR PLAINTIFF JANE DOE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, an individual using a pseudonym,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LCC, RASIER CA, LLC,<br><br>    Defendants. | Case No. 3:19-cv-03310-JSC<br><br>OPPOSITION TO MOTION FOR ISSUANCE OF LETTERS ROGATORY<br><br>Judge: Hon. Jacqueline Scott Corley<br>Date: January 27, 2022<br>Time: 9:00 a.m.<br>Crtrm.: Courtroom E, 15th Floor<br><br>**Assigned to Magistrate Judge Jacqueline Scott Corley**<br><br>Action Filed: June 12, 2019<br>Trial Date: September 12, 2022 |

  Plaintiff opposes the motion as untimely in the context of this litigation. The discovery cut off in this case was recently extended at Uber's request to January 17, 2022. Even if the motion were granted, there would not be sufficient time for Defendants to take Mr. Padilla's deposition before the fact discovery cut off.

  Defendants have known about Mr. Padilla and his knowledge of relevant facts since before this case was filed. Uber representatives interviewed Mr. Padilla several

1  times in the two days following the subject kidnap and assault of Plaintiff and before
2  Plaintiff had retained counsel. Defendants have always known his identity and his
3  role in the summoning of an Uber ride for Plaintiff.
4      Plaintiff's counsel encouraged Defendants to work cooperatively, and proposed
5  that the parties schedule a time to travel to Guadalajara and depose Mr. Padilla and
6  the mental health counselors that Plaintiff saw following the incident, but
7  Defendants ignored these entreaties. While Defendants had no obligation to work
8  cooperatively with Plaintiff's counsel, they also took no steps to formally secure Mr.
9  Padilla's deposition until now, when it was too late to accomplish it before the cut off.
10     In addition, Plaintiff's counsel has agreed that if they call Mr. Padilla to
11 testify at trial (which can only happen if he agrees to travel to the Bay Area and
12 testify voluntarily), then that would be conditioned on obtaining Mr. Padilla's
13 agreement to testify at a deposition before trial. Plaintiff's counsel reiterates that
14 commitment and will coordinate with counsel for Uber to schedule that deposition as
15 the trial in this case approaches (and assuming that the case is still active).

Dated: December 28, 2021      WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
MATTHEW D. DAVIS
SARA M. PETERS
ANDREW P. McDEVITT
KELSEY CONSTANTIN
Attorneys for PLAINTIFF JANE DOE

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
OPPOSITION TO MOTION FOR ISSUANCE OF LETTERS ROGATORY - CASE NO. 3:19-cv-03310-JSC

# CERTIFICATE OF SERVICE
**Jane Doe v. Uber, et. al.**
**Case No. 3:19-cv-03310-JSC**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place. My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as:

**OPPOSITION TO MOTION FOR ISSUANCE OF LETTERS ROGATORY**

to:

| | |
|---|---|
| Julie Hussey, Esq.<br>Julian Feldbein-Vinderman, Esq.<br>Perkins Coie LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA  92130-2080 | Attorneys for Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CQ, LLC (erroneously sued as RASIER CA, LLC)<br><br>Tel: 858-720-5750 (Hussey)<br>Tel: 858-720-5790 (Feldbein-Vinderman)<br>Office:  (858) 720-5700<br>Fax: 858-720-5850 (Hussey)<br>jhussey@perkinscoie.com<br>jfeldbeinvinderman@perkinscoie.com |

**ONLY BY ELECTRONIC TRANSMISSION:** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based CA Rules of Court, Emergency Rules Related to COVID-19, Emergency rule 12 "Electronic Service" and on notice provided on March 12, 2020 that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 28, 2021, at San Francisco, California.

_____
Kirsten Benzien