United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

               Plaintiff,

     v.

UBER TECHNOLOGIES, INC., et al.,

               Defendants.

Case No.  19-cv-03310-JSC

**ORDER RE: OUTSTANDING
DISCOVERY DISPUTES**

The Court held an informal discovery conference with the parties on February 15, 2022. This Order confirms the matters discussed.

First, the Court sets a briefing schedule regarding Uber's issues with the depositions of Plaintiff and her boyfriend.  Uber may file separate motions regarding each deposition by February 25, 2022.  Uber shall file a copy of the at-issue deposition transcripts with its motions in accordance with Civil Local Rule 79-5 as necessary.  In addition, Uber shall provide the Court with access to the video of Plaintiff's deposition via a cloud-based document hosting platform. Uber shall email the Court instructions for accessing the video via an email to JSCsettlement@cand.uscourts.gov copying Plaintiff's counsel. Plaintiff shall file her oppositions to Uber's motions by March 9, 2022.  If necessary, the Court will hear argument regarding the motions on March 11, 2022 at 10:00 a.m.

Second, the Court stays the expert discovery deadlines pending resolution of the disputes regarding Plaintiff's deposition.

Third, Uber shall file an amended motion for issuance of letters rogatory (Dkt. No. 164) to correct the names of the individuals whose depositions it seeks by February 18, 2022.

Finally, the Court sets a further discovery status conference for March 11, 2022 at 10:00 a.m. and CONTINUES the hearing date for all the parties' pending motions to this date.  (Dkt. Nos. 164, 165, 169, 172.)

**IT IS SO ORDERED.**

Dated: February 15, 2022

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California