UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No. 19-cv-03310-JSC<br><br>**ORDER RE: ADIMINSTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. No. 183 |

Pending before the Court is Uber's motion to seal excerpts from the depositions of Plaintiff and her boyfriend. Uber notes that the protective order governing this case provides that deposition transcripts are presumptively confidential until 15 days after the deposition date and that at the time Uber filed the deposition excerpts the 15 days had not run. The 15 days has now run, and no party has submitted a declaration establishing that any of the excerpted deposition testimony is appropriate for sealing. *See* N.D. Cal. Civ. L.R. 79-5. The Court's own review also did not reveal any material that should be sealed beyond Plaintiff's name and address. Accordingly, the administrative motion to seal is DENIED.

Uber shall refile the motion and supporting documents on the public docket redacting only Plaintiff's name and address.

This Order disposes of Docket No. 183.

**IT IS SO ORDERED.**

Dated: March 10, 2022

JACQUELINE SCOTT CORLEY
United States Magistrate Judge