UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | Case No. 19-cv-03310-JSC<br><br>**ORDER RE: SCHEDULE DISPUTE**<br><br>Re: Dkt. No. 203 |

Upon review of the parties' competing schedules, the Court modifies the case schedule as follows:

| | |
|---|---|
| Last day for disclosure of expert witnesses: | April 20, 2022 |
| Last day for disclosure of rebuttal experts: | May 9, 2022 |
| Close of expert discovery: | June 2, 2022 |
| MSJ filing deadline: | June 9, 2022 |
| MSJ opposition deadline: | June 28, 2022 |
| MSJ reply deadline: | July 12, 2022 |
| MSJ hearing: | July 28, 2022 9:00 a.m. |

The Court declines Uber's invitation to stay the case.

This Order disposes of Docket No. 203.

**IT IS SO ORDERED.**

Dated: April 5, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge