UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>   Defendants. | Case No.  19-cv-03310-JSC<br><br>**JUDGMENT** |

The Court having granted Uber's motion for summary judgment by Order filed September 15, 2022, and having dismissed Plaintiff's claims for false imprisonment, assault, and battery by an ostensible agent without leave to amend by Order filed May 1, 2020, enters judgment in favor of Uber and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 15, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge