UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., et al.,

        Defendants.

Case No. 19-cv-03310-JSC

**PRETRIAL ORDER RE TRIAL SUBPOENAS OF ANDREW HASBUN, ELIZABETH ROSS, AND TRIAL DEPOSITION OF DR. LYNN PONTON**

Re: Dkt. Nos. 306, 308

This Order confirms the matters discussed during the April 15, 2026 further case management conference.

For the reasons stated during that conference, the Court **DENIES** Plaintiff's request to take a trial perpetuation deposition of Dr. Ponton. That said, Dr. Ponton is permitted to testify remotely. The Court also **DENIES** Plaintiff's request to issue trial subpoenas to Andrew Hasbun and Elizabeth Ross. Plaintiff did not disclose these witnesses as part of her Rule 26 disclosures, and on the eve of trial, the Court will not permit her to call them.

This Order disposes of Docket Nos. 306 and 308.

**IT IS SO ORDERED.**

Dated: April 16, 2026

_Jacqueline Scott Corley_

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California